IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SARAH E. TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 02-0309-CG-M |
| | ) |
| BISHOP STATE COMMUNITY | ) |
| COLLEGE | ) |
| | ) |
| Defendant. | ) |

## ORDER ON JURY TRIAL

The above-styled action came on for trial by jury in the on June 1, 2 and 3, 2005, before the Honorable Callie V. S. Granade, Chief United States District Judge. The jury was selected and sworn by Judge Granade on June 1, 2005.

Prior to jury selection on June 1, 2005, the court held an in camera hearing regarding the defendant's motion in limine regarding plaintiff's claim for punitive damages. (Doc. 120) The motion was deemed to be **MOOT** after the plaintiff advised that she concurred with the motion and did not intend to pursue punitive damages. The jury was duly sworn immediately after jury selection, and trial commenced. Plaintiff presented her case-in-chief, and rested on June 2, 2005. The defendant orally moved for judgment as a matter of law at the close of the plaintiff's case, and the motion was **DENIED** for the reasons as set forth on the record. The defendant then presented its evidence and rested. At the conclusion of all the evidence, the defendant orally renewed its motion for judgment as a matter of law, and said motion was **DENIED** as set forth on the record. A charge conference was held with counsel, the court charged the jury on the applicable law, and the jury commenced their deliberations.

Now, on the 3rd day of June, 2005, comes the jury who having heard the evidence, the arguments of counsel, the charge of the court and having considered the same upon their oaths return their verdict, a copy of which is attached hereto, into open court with counsel present.

By separate document, the court will enter judgment in accordance with the verdict of the jury.

The following schedule is set for post trial pleadings: Defendant's post trial brief shall be filed **not later than June 17, 2005**; plaintiff's response shall be filed **not later than July 1, 2005** and defendant's reply shall be filed **not later than July 8, 2005.**

**DONE and ORDERED** this the 6th day of June, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE