# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **SARAH E. TAYLOR,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 02-0309-CG-M |
| | ) |
| **BISHOP STATE COMMUNITY** | ) |
| **COLLEGE** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the findings of the jury on June 3, 2005, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is hereby in favor of the plaintiff, Sarah E. Taylor, against the defendant, Bishop State Community College, and damages are hereby awarded as follows: damages to compensate plaintiff for a loss of back wages and benefits to the date of trial are awarded in the amount of ONE HUNDRED THOUSAND DOLLARS AND 00/100 CENTS ($100,000.00), and damages to compensate plaintiff for emotional pain and mental anguish are hereby awarded in the amount of TWO HUNDRED THOUSAND DOLLARS AND 00/100 CENTS ($200,000.00).

Costs are hereby taxed against the defendant.

**DONE and ORDERED** this 6th day of June, 2005.

/s/ Callie V. S. Granade  
CHIEF UNITED STATES DISTRICT JUDGE